Jacob Aronauer*
John Balestriere*
Roberto Cuan
**BALESTRIERE, FARIELLO & ABRAMS**
225 Broadway, Suite 2900
New York, NY 10007
Telephone: (646) 912-8461
Facsimile:  (212) 208-2613
jacob.aronauer@balestrierefariello.com
john.balestriere@balestrierefariello.com
*Attorneys for Defendants*
\* Not admitted in the District of New Jersey.  Admitted to practice before the courts of the state of New York and the Southern and Eastern Districts of New York

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **VALCOM, INC.**, <br><br> Plaintiff, <br><br> vs. <br><br> **VINCENT VELLARDITA, TERESA VELLARDITA, BRIDGEPORT ENTERPRISES, INC., INGRID CLAVIJO, FRANK O'DONNELL, NALINKANT AMRATLAL RATHOD, RAHUL NALIN RATHOD, JOHN DOE(s) 1-10** (names being fictitious)**, JANE DOE(s) 1-10** (names being fictitious) and **ABC COMPANIES 1-10** (names being fictitious)**, <br><br> Defendant. | Index No.: 13-cv-03025 (WHW)(SCM) <br><br> **NOTICE OF MOTION TO DISMISS THE COMPLAINT** <br><br> Motion Day: November 4, 2013 |

**PLEASE TAKE NOTICE** that on November 4, 2013, at 10:00 am or as soon thereafter as counsel may be heard, the undersigned, attorneys for defendants Vincent Vellardita, Teresa Vellardita, Bridgeport Enterprises, Inc., Ingrid Clavijo, and Frank

O'Donnell (the "Moving Defendants"), will move before the Honorable Cathy L. Waldor, U.S.D.J, United States District Court for the District of New Jersey, at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07101, for an order dismissing the Complaint in its entirety.

**PLEASE TAKE FURTHER NOTICE** that, in support of the within motion, the Moving Defendants shall reply upon the Brief submitted herewith; and

**PLEASE TAKE FURTHER NOTICE** that the Moving Defendants request oral argument; and

**PLEAST TAKE FURTHER NOTICE** that, at that time and place aforesaid, the Moving Defendants will request that the proposed form of Order submitted herewith be entered by the Court.

By:___s/ *Roberto Cuan*_____
Roberto Cuan
**BALESTRIERE, FARIELLO & ABRAMS**
225 Broadway, Suite 2900
New York, NY 10007
Telephone: 212- 374-5401
Fax: 212-208-2613
Roberto.cuan@balestrierefariello.com
*Attorney for Defendants*

Dated: September 19, 2013

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, a true copy of the within Notice of Motion and all supporting papers were filed and served via the Court's ECF system, and emailed to the below address.

Neal Flaster, Esq.
nhf@flasterlawgroup.com
Neal H. Flaster LLC
30A Vreeland Road PO Box 21
Florham Park, NJ 07932

                                                               ___*s/ Jonathan Kim*_____
                                                                   Jonathan Kim

Dated: September 19, 2013