UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| VALCOM, INC.,<br><br>  Plaintiff,<br><br>v.<br><br>VINCENT VELLARDITA, TERESA VELLARDITA, BRIDGEPORT ENTERPRISES, INC., INGRID CLAVIJO, FRANK O'DONNELL, NALINKANT AMRATLAL RATHOD, RAHUL NALIN RATHOD, JOHN DOES 1-10, JANE DOES 1-10, ABC COMPANIES 1-10,<br><br>  Defendants. | **ORDER**<br><br>No. 2:13-cv-3025-WHW-CLW |

**Walls, Senior District Judge**

For the reasons expressed in the accompanying opinion it is, on this 23rd day of April, 2014,

Ordered that:

Defendants' motion to dismiss Count I of the complaint is granted. Count I is dismissed **without** prejudice.

Defendants' motion to dismiss Count II of the complaint is granted as to Defendants BEI, Nalinkant Amratlal Rathod and Rahul Nalin Rathod. These claims are dismissed **without** prejudice.

Defendants' motion to dismiss Count VI of the complaint is granted. Count VI is dismissed **with** prejudice.

1

Defendants' motion to dismiss Count VIII (mislabeled Count VII) of the complaint is granted. Count VIII is dismissed **with** prejudice.

Defendant's motion to dismiss Count X (mislabeled Count IX) of the complaint is granted. Count X is dismissed **without** prejudice.

In all other regards Defendants' motion to dismiss is denied.

<u>**s/ William H. Walls**</u>
United States Senior District Judge