**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

CHAMBERS OF
**CATHY L. WALDOR**
UNITED STATES MAGISTRATE JUDGE

MARTIN LUTHER KING COURTHOUSE
50 WALNUT ST.
ROOM 4040
NEWARK, NJ 07101
973-776-7862

**LETTER ORDER**

Re:   Valcom, Inc. v. Vellardita et al
      Civil Action No. 2:13-cv-3025-WHW-CLW

Dear Counsel:

**THIS MATTER** came before the Court on Attorney Neal Flaster's Motion to Withdraw (ECF No. 46) as attorney for Plaintiff, Valcom. The Court, having considered the certification of counsel and for the reasons stated on the record on July 31, 2018, and upon good cause shown:

**IT IS** on this 17th day of August, 2018, **ORDERED**, as follows:

1. The motion is hereby granted and Attorney Neal Flaster is relieved as counsel for Plaintiff in this matter.
2. As indicated on the record, Chairman of the Board of Directors for Valcom, Michael Vredegoor, shall have thirty (30) days to retain new counsel for the corporation.
3. Failure to retain new counsel may result in the dismissal of the case for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.
4. The Clerk shall terminate ECF No. 46.

Mr. Flaster shall transmit this Order to Valcom representative Michael Vredegoor, via certified mail, return receipt requested, as well as via email and provide evidence of such to the Court via CM/ECF.

**SO ORDERED**

Dated:   August 17, 2018

*s/Cathy L. Waldor*
**CATHY L. WALDOR**
**United States Magistrate Judge**